```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

UNITED STATES OF AMERICA

   - against -

RAFAEL ALEJANDRO VARGAS TAVERAS,

                    Defendants.

23-cr-208-2 (JGK)

ORDER

―――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

As stated at the conference held today, the Court sets the following schedule for trial. The defendant must file any motions by **January 23, 2026.** The Government's response shall be filed by **February 20, 2026.** The defendant's reply to the Government's response shall be filed by **March 6, 2026.** A hearing on the defendant's motions shall be held on **March 26, 2025 at 10:00 a.m.** The Government will disclose any evidence to be admitted pursuant to Rule 404(b) of the Federal Rules of Evidence by **September 4, 2026.** Requests to charge, proposed voir dire, and motions in limine shall be filed by **September 18, 2026.** Any responses or objections shall be filed by **September 25, 2026.** A final pre-trial conference shall be scheduled for **November 3, 2026 at 10:00 a.m.,** with trial to be scheduled to begin on **November 9, 2026** at **9:00 a.m.**

The Court prospectively excludes the time from today, **November 18, 2025,** until **November 9, 2026** in calculating the speedy trial date under 18 U.S.C. § 3161 because of the complexity of the case, the trial schedule of counsel and to assure the

effective assistance of counsel, and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:   New York, New York**
**November 18, 2025**

_____
John G. Koeltl
United States District Judge

2