# J.L. Russo, P.C.

*JOHN L. RUSSO*
*ATTORNEY AT LAW*

*COUNSEL*
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

*PARALEGAL*
Maria Nunez, B.S.

March 25, 2026

**Via ECF Only**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*THE HEARING SCHEDULED FOR 3/26/2026 IS CANCELED. A CONFERENCE WILL BE HELD ON TUESDAY, APRIL 14, 2026, AT 11:30AM. TIME IS ALREADY EXCLUDED TO 11/9/2026, THE DATE OF TRIAL.*

Re: <u>United States v Rafael Alejandro Vargas Taveras</u>
Case No.: 23 Cr 208-01 (JGK)

*SO ORDERED.*
3/25/26 [signature]
U S D J

Your Honor:

This office represents Rafael Alejandro Vargas Taveras , the defendant in the above referenced matter.  This matter is next scheduled for a "hearing" on Thursday March 26th.  **We write here, with the consent of the Government, to respectfully request that the Court adjourn this matter for a change of plea hearing to a date convenient to the Court for a period of 3-4 weeks.**

Since Mr. Vargas Taveras' arraignment, the parties have engaged in plea discussions which have a resulted in a proposed plea agreement which is still being considered by the Defendant.  The Government and the  Defendant agree to the requested adjournment and do hereby waive all time under the Speedy Trial Act between March 26th  and the adjourn date.

The Court's consideration of this request is respectfully appreciated. Thank you.

Yours truly,

*John Russo*
John L. Russo

Cc: AUSA Remy Grosbard