UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

UNITED STATES OF AMERICA,

        - against -

RAFAEL ALEJANDRO VARGAS TAVERAS,

            Defendant.

———————————————————————————

        23-cr-208-2 (JGK)

        ORDER

JOHN G. KOELTL, District Judge:

As discussed during today's plea, the Federal Bureau of Prisons is directed to ensure that the defendant, Mr. Vargas Taveras, receives appropriate medical care for his arm, including, if necessary, by referring Mr. Vargas Taveras to an orthopedist.

The Government is also directed to provide the Court with a status update by **Wednesday, April 22, 2026.**

SO ORDERED.
Dated:    New York, New York
          April 15, 2026

                             John G. Koeltl
                  United States District Judge